(131 So. 922)

■

## Walter LOCKHART v. STATE.
### 6 Div. 932.

Court of Appeals of Alabama.
Jan. 13, 1931.

RICE, J.
Affirmed.

(132 So. 919)

■

## Johnnie LOGAN v. STATE.
### 7 Div. 800.

Court of Appeals of Alabama.
Feb. 17, 1931.

Hugh Reed, of Center, for appellant.
Charlie C. McCall, Atty. Gen., for the State.

SAMFORD, J.

Appellant was convicted of a charge of transporting whisky in quantities of more than five gallons. The facts in this case, while partially circumstantial, were sufficient to justify the conclusion of guilt reached by the jury. There is no error in the record, and the judgment is affirmed.

Affirmed.

(133 So. 924)

■

## James, alias Eugene, alias Slim, LONG v. STATE.
### 1 Div. 985.

Court of Appeals of Alabama.
April 14, 1931.

BRICKEN, P. J.
Appeal dismissed.

(131 So. 922)

■

## James LONG, alias, etc., v. STATE.
### 1 Div. 980.

Court of Appeals of Alabama.
Nov. 18, 1930.

BRICKEN, P. J.
Appeal dismissed.

(131 So. 922)

■

## J. C. LONG, Jr., v. STATE.
### 1 Div. 969.

Court of Appeals of Alabama.
Dec. 1, 1930.

BRICKEN, P. J.

The offense charged against this appellant and for which he was tried and convicted was violating the state prohibition law. The prosecution was begun in the county court, and, from a judgment of conviction in that court, he appealed to the circuit court, where he was tried by a jury upon the same charge. He was again convicted, and, from the judgment of conviction, appeals.

The appeal here is rested upon the record proper. There is no bill of exceptions. Upon examination of the record we find it regular in all things; hence free from error.

Let the judgment of conviction from which this appeal was taken be affirmed.

Affirmed.

(135 So. 924)

■

## Wallace LONG v. STATE.
### 8 Div. 275.

Court of Appeals of Alabama.
June 9, 1931.

RICE, J.
Affirmed.